Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ROSS WHEELER ENTERPRISE, INC., a California corporation, dba San Diego Brewing Co.

vs

SAN DIEGO BEER COMPANY, INC., a California corporation

FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0583 L JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Jacob C. Reinbolt (Bar No. 138085)
    Paul A. Tyrell (Bar No. 193798)
    Procopio Cory Hargreaves & Savitch LLP
    530 B Street, Suite 2100, San Diego, CA  92101
    Telephone:  (619) 238-1900        Facsimile:  (619) 235-0398

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        ___3/27/08___
                    CLERK                                DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com