Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ROSS WHEELER ENTERPRISE, INC., a California corporation, dba San Diego Brewing Co.

vs

SAN DIEGO BEER COMPANY, INC., a California corporation

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0583 L JMA

TO: (Name and Address of Defendant)

    San Diego Beer Company
    602 Broadway, Unit 101
    San Diego, California  92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Jacob C. Reinbolt (Bar No. 138085)
    Paul A. Tyrell (Bar No. 193798)
    Procopio Cory Hargreaves & Savitch LLP
    530 B Street, Suite 2100, San Diego, CA  92101
    Telephone:  (619) 238-1900     Facsimile:  (619) 235-0398

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     3/27/08
CLERK                                      DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

PAUL A. TYRELL, ESQ. (SBN 193798)
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
530 "B" STREET, 21ST FLOOR
SAN DIEGO CA 92101
619-238-1900

Ref. No.     : 0418077-01
Atty. File No.: 115407-000000

Attorney for : ROSS WHEELER ENTERPRISE, INC.

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : ROSS WHEELER ENTERPRISE, INC. | Case No.: 08 CV 0583 L JMA |
| DEFENDANT | : SAN DIEGO BEER COMPANY, INC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT

3. a. Party served    :   SAN DIEGO BEER COMPANY, INC., a California corporation
                           AUTHORIZED AGENT FOR SERVICE: CESAR G. PENA
   b. Person served  :    ROBERT GOMEZ, ASSISTANT AGENT
                          (AUHORIZED TO ACCEPT SERVICE)

4. Address where the party was served  201 MAIN STREET        SUITE E
                                       HUNTINGTON BEACH, CA  92648     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 23, 2008  (2) at: 02:50 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:     SAN DIEGO BEER COMPANY, INC., a California corporation
                        AUTHORIZED AGENT FOR SERVICE: CESAR G. PENA
   under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. SONDER SINGH
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $100.25
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 24, 2008

Signature: _____
           SONDER SINGH

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)                **PROOF OF SERVICE**

PAUL A. TYRELL, ESQ. (SBN 193798)
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
530 "B" STREET, 21ST FLOOR
SAN DIEGO CA 92101
619-238-1900                    Ref. No.        : 0418077-01
Attorney for : PLAINTIFF        Atty. File No.  : 115407-000000

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : ROSS WHEELER ENTERPRISE, INC. | | Case No.: 08 CV 0583 L JMA |
| DEFENDANT : SAN DIEGO BEER COMPANY, INC. | | **DECLARATION OF MAILING** |

RE:   SAN DIEGO BEER COMPANY, INC., a California corporation
      AUTHORIZED AGENT FOR SERVICE: CESAR G. PENA

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On July 24, 2008 I served the within documents:

    SUMMONS IN A CIVIL CASE; COMPLAINT

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

    SAN DIEGO BEER COMPANY, INC., a California corporation
    AUTHORIZED AGENT FOR SERVICE: CESAR G. PENA
    201 MAIN STREET, SUITE E
    HUNTINGTON BEACH, CA  92648

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 24, 2008 at SAN DIEGO, California.

Signature:  _Robert E. Jones_
            ROBERT E. JONES

**DECLARATION OF MAILING**