1  Jacob C. Reinbolt (Bar No. 138085)
   Paul A. Tyrell (Bar No. 193798)
2  PROCOPIO, CORY, HARGREAVES
   & SAVITCH LLP
3  530 B Street, Suite 2100
4  San Diego, California 92101-4469
   Telephone:   (619) 238-1900
5  Facsimile:   (619) 235-0398

6  Attorneys for Plaintiff,
   ROSS WHEELER ENTERPRISE, INC.,
7  a California Corporation, dba San Diego Brewing Co.

8

9
                IN THE UNITED STATES DISTRICT COURT
10              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 ROSS WHEELER ENTERPRISE, INC.,          Case No. 08 cv 0583 L JMA
   a California Corporation, dba San Diego
12 Brewing Co.

13         Plaintiff,
                                           **JOINT MOTION FOR EXTENSION OF
14 v.                                      TIME FOR DEFENDANT TO FILE AND
                                           SERVE RESPONSIVE PLEADING**
15 SAN DIEGO BEER COMPANY, INC., a
   California corporation,
16
           Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

---

115407/000000/952643.01

It is hereby stipulated by and between the parties through their respective counsel that the last date on which Defendant San Diego Beer Company, Inc. may file a reply to Plaintiff Ross Wheeler Enterprise, Inc. dba San Diego Brewing Co., currently due on August 13, 2008, is hereby extended for a period of fifteen (15) days, through and including Thursday, August 28, 2008.

**IT IS SO STIPULATED.**

DATED: August 13, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
Jacob C. Reinbolt
Paul A. Tyrell
Attorneys for Plaintiff,
ROSS WHEELER ENTERPRISE, INC., a California Corporation, dba San Diego Brewing Co.

DATED: August 13, 2008

By: _____
Cesar Pena, *in pro per*
For Defendant San Diego Beer Company, Inc.

1

JOINT MOTION FOR EXTENSION OF TIME
CASE NO. 08 CV 0583 L JMA

*Ross Wheeler Enterprise, Inc. dba San Diego Brewing Co. v. San Diego Beer Company, Inc.*
USDC, Southern District Case No. 08 cv 0583 L JMA

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On August 13, 2008, I served the within documents:

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE AND SERVE RESPONSIVE PLEADING; [PROPOSED] ORDER GRANTING MOTION FOR DEFENDANT TO FILE AND SERVE RESPONSIVE PLEADING**

☐ by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

☐ by personally delivering via Knox Attorney Service the document(s) listed above to the person(s) at the address(es) set forth below.

San Diego Beer Company, Inc.          ***Defendant In Pro Per***
c/o Cesar D. Pena
c/o Andreas Birgel, Jr.
16000 Ventura Boulevard, Suite 500
Encino, CA 91436
Telephone: (818) 648-8896
Fascimile: (818) 379-1704

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 13, 2008, at San Diego, California.

Katy E. Mazzei

- 1 -

115407/000000/952893.01