Jacob C. Reinbolt (Bar No. 138085)
Paul A. Tyrell (Bar No. 193798)
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101-4469
Telephone:   (619) 238-1900
Facsimile:   (619) 235-0398

Attorneys for Plaintiff,
ROSS WHEELER ENTERPRISE, INC.,
a California Corporation, dba San Diego Brewing Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS WHEELER ENTERPRISE, INC., a California Corporation, dba San Diego Brewing Co.<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO BEER COMPANY, INC., a California corporation,<br><br>Defendant. | Case No. 08 cv 0583 L JMA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Ross Wheeler Enterprise, Inc., a California Corporation, dba San Diego Brewing Co., voluntarily dismisses the above-entitled action pursuant to F.R.C.P. 41(a), without prejudice.

DATED:  August 29, 2008

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By: _____
Jacob C. Reinbolt
Paul A. Tyrell
Attorneys for Plaintiff,
ROSS WHEELER ENTERPRISE, INC., a
California Corporation, dba San Diego
Brewing Co.

115407/000000/959173.01

<u>*Ross Wheeler Enterprise, Inc. dba San Diego Brewing Co. v. San Diego Beer Company, Inc.*</u>
USDC, Southern District Case No. 08 cv 0583 L JMA

## PROOF OF SERVICE

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On August 29, 2008, I served the within documents:

NOTICE OF VOLUNTARY DISMISSAL

☐    by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐    by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

☐    by personally delivering via Knox Attorney Service the document(s) listed above to the person(s) at the address(es) set forth below.

San Diego Beer Company, Inc.                    *Defendant In Pro Per*
c/o Cesar D. Pena
c/o Andreas Birgel, Jr.
16000 Ventura Boulevard, Suite 500
Encino, CA 91436
Tel: (818) 648-8896
Fax: (818) 379-1704

☑    *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑    *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 29, 2008, at San Diego, California.

                                                                      Katy E. Mazzei

115407/000000/952893.01